**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia K. Venditti (State Bar No. 332688)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
         jvenditti@bursor.com
         idiaz@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX CAMPOS, individually and on behalf of all other persons similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE BLACK TUX, LLC,<br><br>                    Defendant. | Case No. 2:25-cv-07120-SRM (RAO)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Serena Murillo |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Alex Campos, hereby dismisses his claims against Defendant The Black Tux, LLC, without prejudice.

Dated: September 29, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A**.

By: _/s/ Julia K. Venditti_
     Julia K. Venditti

L. Timothy Fisher (State Bar No. 191626)
Julia K. Venditti (State Bar No. 332688)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
       jvenditti@bursor.com
       idiaz@bursor.com

*Attorneys for Plaintiff*